UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON PATE, ET AL.

VERSUS

ENTERPRISE RENT-A CAR, ET AL.

CIVIL ACTION

NO. 13-338-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 9, 2013 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiffs' Motion to Remand is GRANTED in part and DENIED in part. Plaintiffs' motion is GRANTED insofar as they sought to have the case remanded to state court. Their motion is DENIED insofar as they sought an award of costs and attorney's fees under § 1447(c).

Baton Rouge, Louisiana, this 3rd day of September, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA